AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. \_\_\_\_05-348-\_\_\_\_

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_2\_\_\_ COPIES OF AO FORM 85.

\_\_20050531\_\_
(Date forms issued)

\_\_\_\_William J. Wade\_\_\_\_
(Signature of Party or their Representative)

\_\_\_\_TRISTATE\_\_\_\_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action