IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| | ) CIVIL ACTION NO. 05-348-JJF |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC. | ) STIPULATION ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that Defendant shall have an extension in which to answer, move, or otherwise plead in response to Plaintiff's Complaint until July 15, 2005.

_____
Rudolph Contreras
Assistant United States Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, DE 19899-2046
(302) 573-6277 Ext. 154
rudolph.contreras@usa.usdoj.gov
Attorneys for Plaintiff

_____
David H. Williams, Esquire (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
*Of Counsel*

Judith E. Harris, Esquire
Sarah E. Pontoski, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5028/5059

*Attorneys for Defendant*

APPROVED AND SO ORDERED THIS _____ DAY OF _____, 2005.

_____
J.

1-PH/2246710.1