IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC. | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO. 05-348-

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Judith E. Harris, Esquire to represent Citibank/Citigroup Global Markets, Inc. in this matter.

Signed: _/s/ David H. Williams_

David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900; E-mail: DWilliams@morrisjames.com

Attorney for Defendant: Citibank/Citigroup Global Markets, Inc.

Date: 7/7/05

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Judith E. Harris_

Date: 7/6/05

I-PH/2246774.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on July 7, 2005, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Rudolph Contreras, Esquire
> Assistant United States Attorney
> Chief, Civil Division
> The Nemours Building
> 1007 North Orange Street, Suite 700
> Wilmington, DE 19899-2046

_/s/ David H. Williams_
David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

OF COUNSEL:

Judith E. Harris
Sarah E. Pontoski
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5028/5059

Dated: July 7, 2005     Attorneys for Defendant

DHW/099999-8888/1249487/1