IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>CITIBANK/CITIGROUP GLOBAL MARKETS, INC.<br>             Defendant. | )<br>)<br>)<br>)<br>) Civ. Act. No. 05-0348 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel for Plaintiff moves the admission pro hac vice of Cynthia A. Locke to represent the United States in this matter.

Respectfully submitted,

UNITED STATES ATTORNEY
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

_____
RUDOLPH CONTRERAS
Assistant U.S. Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277 ext. 154
Rudolph.Contreras@usdoj.gov

Dated: July 8th, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____      _____
                                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
            Plaintiff, )
 ) Civ. Act. No. 05-0348 (JJF)
    v. )
 )
 )
CITIBANK/CITIGROUP GLOBAL MARKETS, )
INC. )
            Defendant. )
 )

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC* VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 5, 2005    Signed: *Cynthia A. Locke*
                                CYNTHIA A. LOCKE
                                Trial Attorney
                                PA BAR ID 37637
                                EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION
                                Philadelphia District Office
                                The Bourse Building
                                21 S. 5th Street, Suite 400
                                Philadelphia PA 19106
                                Telephone: (215) 440-2683

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 8th day of July 2005, I electronically filed the attached MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

DAVID H. WILLIAMS
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

     /S/ *[signature]*
RUDOLPH CONTRERAS
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277