IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civ. Act. No. 05-0348 (JJF) |
| v. | ) ) |
| | ) |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC. | ) ) |
| Defendant. | ) ) |

**MOTION TO ALLOW EEOC ATTORNEY TO
APPEAR WITHOUT LOCAL COUNSEL**

Pursuant to D. Del. L.R. 83.5, the United States respectfully moves this Court for an

Order allowing Equal Employment Opportunity Commission ("EEOC") Attorney, Cynthia A.

Locke, to appear before this Court without the necessity of associating with local counsel.

Additionally, the United States requests that Ms. Locke be provided with an electronic filing

password so that she can remotely file pleadings with this Court.  In support of this motion, the

United States provides the following:

1.  The EEOC has independent litigating authority, derived from 42 U.S.C. §§ 2000e-

4(b)(1) & (b)(2), for private enforcement suits brought by the EEOC under 42 U.S.C. §§ 2000e-5

& 6.  The EEOC has designated Cynthia A. Locke as lead counsel for this matter.  Ms. Locke

has been admitted to practice before this Court *pro hac vice*.

2.  Local Rule 83.5 of this Court requires that an attorney such as Ms. Locke, who has not

been admitted to practice by the Supreme Court of Delaware, associate with a member of the bar

of this Court who maintains an office in the District of Delaware.  D. Del. L.R. 83.5.  As set forth

below, Ms. Locke is an experienced attorney who has appeared before this Court *pro hac vice* in

other matters.  She also routinely appears before other District Courts without the necessity of associating with AUSAs.  Accordingly, requiring that AUSAs review and sign pleadings drafted by the EEOC, and appear at hearings at which Ms. Locke will be the lead attorney, will amount to a duplication of effort.  Such a duplication of effort by government attorneys will result in an unnecessary expenditure of public funds for little, or no, public gain.  Of note, the District Courts in all of the jurisdictions surrounding this District allow government attorneys such as Ms. Locke to appear without association of local counsel.  See E.D.Pa. Local Rule 83.5(e), 83.5.2; Md. Local Rule 701(1)(b); N.J. Local Rule 101.1(f).[1]  Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of Local Rule 83.5.

3.  EEOC attorney Cynthia A. Locke, has already been admitted to this Court *pro hac vice*.  As such, she has submitted to the disciplinary jurisdiction of this Court, and has certified that she is generally familiar with this Court's Local Rules.

4.  Additionally, Ms. Locke is an able and competent attorney.  She is a member of the Pennsylvania bar.  She has been practicing law with the EEOC since 1988.  In that capacity, she has litigated and resolved numerous cases under Title VII, the ADEA and the ADA.  She has successfully argued numerous summary judgment motions and has taken and defended well over 200 depositions.  Additionally, she has been lead attorney in four trials.  The most recent being a favorable jury verdict after a three week trial in the Middle District of Pennsylvania concerning sex discrimination/sexual harassment.  EEOC v. Federal Express Corporation, 02-1194. Moreover, Ms. Locke has conducted numerous training sessions for attorneys, Human Resources

---

[1]  The New Jersey Local Rule allows out-of-town government attorneys to appear, but requires service upon the local United States Attorney.  However, with the advent of electronic filing, the availability of local service is no longer relevant.

professionals, and students about the laws the EEOC enforces, in particular, the Americans with

Disabilities Act.  Finally, Ms. Locke has previously been admitted *pro hac vice* in this District

for cases: <u>EEOC v. Nanticoke Health Services</u>, 01-182 (SLR).  Ms. Locke also recently was lead

EEOC attorney in <u>EEOC v. Primary Steel</u>, 04-618 (JJF) and <u>EEOC v. Purdue</u>, 04-1274 (JJF).

    5.  Undersigned counsel has communicated with counsel for Citibank concerning the

subject of this motion and he stated that he has no objection.

    Accordingly, for the reasons set forth above, the United States respectfully requests that

EEOC Attorney, Cynthia A. Locke, be allowed to appear before this Court without local counsel

and that she be provided with an electronic filing password so that she can remotely file

pleadings with this Court.  A proposed order is attached hereto.

            Respectfully submitted,

            COLM F. CONNOLLY
            United States Attorney

            _____**/S/**_____
            **Rudolph Contreras**
            Assistant U.S. Attorney
            Chief, Civil Division
            1007 N. Orange Street, Suite 700
            (302) 573-6277 ext. 154
            Rudolph.Contreras@usdoj.gov

            CYNTHIA A. LOCKE
            Trial Attorney
            PA BAR ID 37637
            EQUAL EMPLOYMENT OPPORTUNITY
            COMMISSION
            Philadelphia District Office, The Bourse Building
            21 S. 5th Street, Suite 400
            Philadelphia PA 19106
            Telephone:  (215) 440-2683

            *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of July 2005, I electronically filed the attached
MOTION TO ALLOW EEOC ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL with
the Clerk of the Court using CM/ECF which will send notification of such filing to the
following:


DAVID H. WILLIAMS
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306




_____/S/_____
RUDOLPH CONTRERAS
Chief, Civil Division
Assistant United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Act. No.  05-0348 (JJF) |
| v. | ) |
| | ) |
| | ) |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC. | ) ) |
| Defendant. | ) |
| | ) |

## **ORDER**

UPON CONSIDERATION of the United States' motion to allow EEOC Attorney, Cynthia A. Locke, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein,  it is the ____ day of _____, 2005 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and EEOC Attorney, Cynthia A. Locke, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with her; and it is,

FURTHER ORDERED that the Clerk's Office provide EEOC Attorney, Cynthia A. Locke, with an Electronic Filing Log-In and Password so that she may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE