IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) Civ. Act. No. 05-0348 (JJF) |
| v. | )<br>)<br>) |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC. | )<br>) |
| Defendant. | )<br>) |

### ORDER

UPON CONSIDERATION of the United States' motion to allow EEOC Attorney, Cynthia A. Locke, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the 22 day of July, 2005 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and EEOC Attorney, Cynthia A. Locke, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with her; and it is,

FURTHER ORDERED that the Clerk's Office provide EEOC Attorney, Cynthia A. Locke, with an Electronic Filing Log-In and Password so that she may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE