OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: 7-20-05
TO: DAVID H. Williams
RE: CA# 05-348   CASE CAPTION: EEOC v. Citibank
DOCUMENT TITLE: Answer to Complaint

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☑ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

☐ Other: _____

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc: Assigned Judge

(Rev. 5/05)

_____
Deputy Clerk

*Email Sent 7-19*



| | | |
|---|---|---|
| ded_nefreply@ded.uscourts.gov<br>07/15/2005 04:06 PM | To | ded_ecf@ded.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:05-cv-00348-JJF Equal Employment Opportunity Commission v. Citibank/Citigroup Global Markets, Inc. "Answer to Complaint" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Williams, David H. entered on 7/15/2005 at 4:06 PM EDT and filed on 7/15/2005

**Case Name:** Equal Employment Opportunity Commission v. Citibank/Citigroup Global Markets, Inc.
**Case Number:** 1:05-cv-348
**Filer:** Citibank/Citigroup Global Markets Inc.
**Document Number:** 8

**Docket Text:**
ANSWER to Complaint by Citibank/Citigroup Global Markets Inc..(Williams, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/15/2005] [FileNumber=70610-0]
[23ac77201004297117fc950493cc1d4f5f5cb181d2b6bb6093c2136e4b4ef5032c084
b6c78bfc6e71240d7b0fbe9c7e913b296f20c6d6e3bac40ea7759ff8ed5]]

**1:05-cv-348 Notice will be electronically mailed to:**

Rudolph Contreras    rudolph.contreras@usdoj.gov, ecf.usade@usdoj.gov;margaret.haftl@usdoj.gov

David H. Williams    dwilliams@morrisjames.com, JMcVey@morrisjames.com

**1:05-cv-348 Notice will be delivered by other means to:**