## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-348 JJF |
| ) | |
| CITIBANK/CITIGROUP GLOBAL ) | |
| MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

I hereby certify that on this 5th day of October, 2005, two (2) copies of **DEFENDANT'S INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

Cynthia A. Locke, Esquire
Equal Employment Opportunity Commission
The Bourse
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

*/s/ David H. Williams*
David H. Williams (#616) (dwilliams@morrisjames.com)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

OF COUNSEL:

Judith E. Harris
Sarah E. Pontoski
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5028/5059

Dated: October 5, 2005      Attorneys for Defendant

DHW/109990-0001/1294883/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK/CITIGROUP GLOBAL<br>MARKETS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-348 JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 5, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

　　　　Cynthia A. Locke, Esquire
　　　　Equal Employment Opportunity Commission
　　　　The Bourse
　　　　21 S. 5th Street, Suite 400
　　　　Philadelphia, PA  19106

　　　　　　　　　　　　／s／ David H. Williams
　　　　　　　　　　　　David H. Williams (#616) (dwilliams@morrisjames.com)
　　　　　　　　　　　　Morris, James, Hitchens & Williams, LLP
　　　　　　　　　　　　222 Delaware Avenue
　　　　　　　　　　　　P.O. Box 2306
　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　(302) 888-6900

OF COUNSEL:　　　　　Judith E. Harris
　　　　　　　　　　　　Sarah E. Pontoski
　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　(215) 963-5028/5059

Dated:  October 5, 2005　　　Attorneys for Defendant

DHW/109990-0001/1249487/1