IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
v. ) CIVIL ACTION
) NO. 05-348 JJF
)
)
CITIBANK DELAWARE )

## PROPOSED RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. Pro. 26(f),

IT IS ORDERED THAT:

1. **Pre-Discovery Disclosures.** The parties will exchange by <u>October 5, 2005</u> the information required by F. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before <u>November 15, 2005.</u>

3. **Discovery.**

(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be completed by <u>November 30, 2005.</u>

(b) Maximum of <u>25</u> interrogatories, including subparts as defined by the Federal Rules of Civil Procedure by each party to any other party.

(c) Maximum of <u>25</u> requests for admission by each party to any other party.

(d) Plaintiffs request a maximum of <u>15</u> depositions for each side; Defendants disagree and propose a maximum of <u>10</u> depositions for each side. Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) is completed.

1-PH/2291613.1

(e) Reports from retained experts required by Fed. R. Civ. P. 26 (a) (2) are due from the Plaintiff by April 14, 2006 and from the Defendant by May 15, 2006.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later 30 (thirty) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

4. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before November 15, 2005.

5. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before June 15, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. Defendant may seek to file dispositive motions earlier than ten (10) days from the above date, and Plaintiff opposes this request.

Respectfully submitted,

Counsel for Plaintiff:

Cynthia A. Locke, Esquire
Equal Employment Opportunity
Commission
The Bourse, 21 S. 5th St., Suite 400
Philadelphia, PA 19106
(215) 440-2683

OF COUNSEL:

Dated: September ___, 2005

1-PH/2291613.1

Counsel for Defendant:

David H. Williams (#616)
Morris James Hitchens and Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Judith E. Harris
Sarah E. Pontoski
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5028/5059
jcharris@morganlewis.com
spontoski@morganlewis.com

IT IS SO ORDERED this ___ day of October, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE