IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIBANK/CITIGROUP GLOBAL MARKETS, INC., )<br>)<br>Defendant. ) | Civil Action No. 05-348 JJF |

## NOTICE OF SERVICE

I hereby certify that on this 21st day of October, 2005, two (2) copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES** and **DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

    Cynthia A. Locke, Esquire
    Equal Employment Opportunity Commission
    The Bourse
    21 S. 5th Street, Suite 400
    Philadelphia, PA  19106

    /s/ David H. Williams
    David H. Williams (#616) (dwilliams@morrisjames.com)
    Morris, James, Hitchens & Williams LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900

OF COUNSEL:    Judith E. Harris
    Sarah E. Pontoski
    MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA  19103
    (215) 963-5028/5059
Dated:  October 21, 2005    Attorneys for Defendant

DHW/109990-0001/1294883/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC., | ) ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 21, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Cynthia A. Locke, Esquire
> Equal Employment Opportunity Commission
> The Bourse
> 21 S. 5th Street, Suite 400
> Philadelphia, PA 19106

> /s/ David H. Williams
> David H. Williams (#616) (dwilliams@morrisjames.com)
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900

OF COUNSEL:

> Judith E. Harris
> Sarah E. Pontoski
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA 19103
> (215) 963-5028/5059

Dated: October 21, 2005   Attorneys for Defendant

DHW/109990-0001/1249487/1