IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-348-JJF |
| | : | |
| CITIBANK DELAWARE, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, due to a scheduling conflict the Pretrial
Conference set for Thursday, August 10, 2006 at 10:00 a.m. shall
be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial
Conference will be held on **Thursday, August 3, 2006 at 10:00
a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal
Building, Wilmington, Delaware.  The Federal Rules of Civil
Procedure and Rule 16.5 of the Local Rules of Civil Practice for
the United States District Court for the District of Delaware
(Amended Effective January 1, 1995) shall govern the pretrial
conference.

_October 24, 2005_
        DATE

_____
UNITED STATES DISTRICT JUDGE