IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 05-348 JJF |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC. | )<br>)<br>)<br>) |
| Defendants | ) |

## STIPULATION

     IT IS HEREBY STIPULATED between the parties that the dates in the Proposed Rule 16 Scheduling Order of October 4, 2005, for joinder of other parties and amendment of the pleadings be extended from November 15, 2005 to December 2, 2005.


**For EEOC:**                                          **For Defendant:**


*/s/ Judith O'Boyle for*
**Jacqueline H. McNair**                         Judith E. Harris, Esquire
**Regional Attorney**                             Sarah E. Pontoski, Esquire
                                                               MORGAN LEWIS & BOCKIUS, LLP
*/s/ Judith O'Boyle*                                1701 Market Street
**Judith A. O'Boyle**                              Philadelphia, PA 19103-2921
**Supervisory Trial Attorney**                (215) 963-5019/5543


*/s/ Cynthia A. Locke*                           */s/David H. Williams*
**Cynthia A. Locke**                              David H. Williams, Esquire
**Trial Attorney**                                    222 Delaware Avenue
                                                               P.O. Box 2306
**Equal Employment Opportunity**      Wilmington, DE 19899
**Commission**                                     (302) 888-6900
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2683**

**APROVED AND SO ORDERED:**

_____U.S.D.J.


Date: _____