

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

November 15, 2005



Honorable John J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 N. King St., Lockbox 27
Wilmington, DE 19801

Re: <u>Equal Employment Opportunity Commission v. Citibank/Citigroup Global Markets, Inc.</u> - C.A. No. 05-348 (D. Del.)

Honorable Judge Farnan:

Plaintiff and Defendant have electronically filed the attached Stipulation to extend the dates in the Court's Rule 16 Scheduling Order for joining other parties and amending the pleadings from November 15, 2005 to December 2, 2005.

The parties filed this Stipulation because Plaintiff is awaiting documents from Defendant to support Defendant's request that the caption of this case be changed to name Citibank Delaware as the only Defendant and to remove Citigroup Global Markets, Inc.

The parties hope to resolve this situation shortly as Plaintiff will receive and review documents to be provided by Defendant in support of its request. The parties expect to file a Stipulation changing the caption of this case on or before December 2, 2005, and seek the Court's indulgence in permitting this activity.

Thank you for your consideration in this matter.

Respectfully submitted,

Cynthia A. Locke
Sr. Trial Attorney

cc:   Rudy Contreras, Asst. U.S. Attorney
      Sarah E. Pontoski, Esquire

Attachment