IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) | CIVIL ACTION NO. 05-348 JJF |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC. | ) ) ) ) |
| Defendants | ) |

## STIPULATION

      IT IS HEREBY STIPULATED between the parties that the name of the Defendant in this action be changed from "Citibank/Citigroup Global Markets, Inc." to "Citibank Delaware" and that, in all subsequent court pleadings, the name of the Defendant be "Citibank Delaware." Accordingly, EEOC today files its Amended Complaint with references to Defendant changed to reflect the correct name. Under Rule 15(a), Federal Rules of Civil Procedure, Defendant consents to EEOC's amendment of its Complaint and the change in name for the Defendant in this action.

**For EEOC:** | **For Defendant:**

*/s/ Judith O'Boyle for*
**Jacqueline H. McNair** | **Judith E. Harris, Esquire**
**Regional Attorney** | **Sarah E. Pontoski, Esquire**
| **MORGAN LEWIS & BOCKIUS, LLP**
*/s/ Judith O'Boyle* | **1701 Market Street**
**Judith A. O'Boyle** | **Philadelphia, PA 19103-2921**
**Supervisory Trial Attorney** | **(215) 963-5019/5543**

*/s/ Cynthia A. Locke* | */s/David H. Williams*
**Cynthia A. Locke** | **David H. Williams, Esquire**
**Trial Attorney** | **222 Delaware Avenue**
| **P.O. Box 2306**
**Equal Employment Opportunity** | **Wilmington, DE 19899**
**Commission** | **(302) 888-6900**

**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2683**

**APROVED AND SO ORDERED:**

_____**U.S.D.J.**


**Date:** _____