## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK DELAWARE | ) ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

TO:    Theresa B. Jenkins
c/o Cynthia A. Locke, Esquire
Equal Employment Opportunity Commission
The Bourse
21 S. 5th Street, Suite 400
Philadelphia, PA  19106

PLEASE TAKE NOTICE that counsel for Citibank Delaware ("Defendant") will take the deposition of Theresa B. Jenkins pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Friday, January 20, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

OF COUNSEL:                    Judith E. Harris
                               Sarah E. Pontoski
                               MORGAN, LEWIS & BOCKIUS LLP
                               1701 Market Street
                               Philadelphia, PA  19103
                               (215) 963-5028/5059

Dated:  December 20, 2005      Attorneys for Defendant

cc:  Corbett & Associates

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK DELAWARE, | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on December 20, 2005, I electronically filed the attached

**NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send

notification of such filing(s) to the following:

Cynthia A. Locke, Esquire
Equal Employment Opportunity
Commission
The Bourse
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

Rudolph Contreras, Esquire
Assistant United States Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, DE 19899-2046

David H. Williams (#616)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

OF COUNSEL:

Judith E. Harris
Sarah E. Pontoski
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5028/5059

Dated: December 20, 2005
DHW/109990-0001/1249487/1

Attorneys for Defendant