IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK/CITIGROUP GLOBAL MARKETS, INC., | ) ) ) ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

I hereby certify that on the 18th day of January, 2006, two (2) copies of **DEFENDANT'S RESPONSES TO PLAINTIFF EEOC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITIBANK DELAWARE** and **DEFENDANT CITIBANK DELAWARE'S OBJECTIONS AND RESPONSES TO PLAINTIFF EEOC'S FIRST SET OF INTERROGATORIES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

>Cynthia A. Locke, Esquire
>Equal Employment Opportunity Commission
>The Bourse
>21 S. 5th Street, Suite 400
>Philadelphia, PA 19106

>/s/ David H. Williams
>David H. Williams (#616) (dwilliams@morrisjames.com)
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6900

| | |
|---|---|
| OF COUNSEL: | Judith E. Harris |
| | Sarah E. Pontoski |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| | Philadelphia, PA  19103 |
| | (215) 963-5028/5059 |
| Dated:  January 18, 2006 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK DELAWARE, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 18, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Cynthia A. Locke, Esquire
Equal Employment Opportunity Commission
The Bourse
21 S. 5th Street, Suite 400
Philadelphia, PA  19106

Rudolph Contreras, Esquire
Assistant United States Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, DE  19899-2046

_____
David H. Williams (#616)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

OF COUNSEL:

Judith E. Harris
Sarah E. Pontoski
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5028/5059

Dated: January 18, 2006
DHW/109990-0001/1249487/1

Attorneys for Defendant