IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK DELAWARE | ) ) ) | |
| Defendant. | ) | |

RE-NOTICE OF DEPOSITION

TO: Terry B. Jenkins
c/o Cynthia A. Locke, Esquire
Equal Employment Opportunity Commission
The Bourse
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

PLEASE TAKE NOTICE that counsel for Citibank Delaware ("Defendant") will take the deposition of Terry B. Jenkins pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Thursday, February 9, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ David H. Williams
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

OF COUNSEL:	Judith E. Harris
	Sarah E. Pontoski
	MORGAN, LEWIS & BOCKIUS LLP
	1701 Market Street
	Philadelphia, PA 19103
	(215) 963-5028/5059

Dated: January 31, 2006	Attorneys for Defendant

cc: Wilcox & Fetzer

DHW/109990-0001/1343672/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK DELAWARE, | ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 31, 2006, I electronically filed the attached **RE-NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Cynthia A. Locke, Esquire
Equal Employment Opportunity
Commission
The Bourse
21 S. 5th Street, Suite 400
Philadelphia, PA  19106

Rudolph Contreras, Esquire
Assistant United States Attorney
Chief, Civil Division
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, DE  19899-2046

_____
David H. Williams (#616)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

OF COUNSEL:

Judith E. Harris
Sarah E. Pontoski
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5028/5059

Dated:  January 31, 2006
DHW/109990-0001/1249487/1

Attorneys for Defendant