IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-348 JJF |
| CITIBANK DELAWARE | ) ) | |
| Defendants | ) | |

## STIPULATION

     Plaintiff, Equal Employment Opportunity Commission ("EEOC") and Defendant, Citibank Delaware, by and through their attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 16.5, stipulate that the deadlines in the Court's Rule 16 Scheduling Order dated October 5, 2005, be extended for thirty days. Specifically, Plaintiff's expert reports will be due on May 15, 2006; Defendant's expert reports will be provided by June 14, 2006, and the date for the filing of dispositive motions will be July 14, 2006.

| For EEOC: | For Defendant: |
|---|---|
| */s/ Cynthia A. Locke* | **Judith E. Harris, Esquire** |
| **Cynthia A. Locke** | **Sarah E. Pontoski, Esquire** |
| **Trial Attorney** | **MORGAN LEWIS & BOCKIUS, LLP** |
| | **1701 Market Street** |
| **Equal Employment Opportunity** | **Philadelphia, PA 19103-2921** |
| **Commission** | **(215) 963-5019/5543** |
| **21 S. 5th Street, Suite 400** | |
| **Philadelphia, PA 19106** | */s/David H. Williams* |
| **(215) 440-2683** | **David H. Williams, Esquire** |

        **222 Delaware Avenue**
        **P.O. Box 2306**
        **Wilmington, DE 19899**
        **(302) 888-6900**

**APROVED AND SO ORDERED:**

_____**U.S.D.J.**

**Date:** _____