IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY     :
COMMISSION,                       :
                                  :
          Plaintiff,              :
                                  :
     v.                           :    Civil Action No. 05-348-JJF
                                  :
CITIBANK DELAWARE,                :
                                  :
          Defendant.              :

**O R D E R**

WHEREAS, the Court granted parties stipulation (D.I. 26) which extends the deadlines in the Court's Rule 16 Scheduling Order for expert reports and filing of dispositive motions;

WHEREAS, this extension conflicts with the Pretrial Conference set for August 3, 2006

WHEREAS, the Pretrial Conference shall be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, October 5, 2006 at 2:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

April 13, 2006
DATE

UNITED STATES DISTRICT JUDGE