IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK DELAWARE | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:   J.G. Scudder
      c/o Cynthia A. Locke, Esquire
      Equal Employment Opportunity Commission
      The Bourse
      21 S. 5th Street, Suite 400
      Philadelphia, PA  19106

PLEASE TAKE NOTICE that counsel for Citibank Delaware ("Defendant") will take the deposition of J.G. Scudder, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Friday, June 9, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ David H. Williams*
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

| | |
|---|---|
| OF COUNSEL: | Judith E. Harris<br>Sarah E. Pontoski<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5028/5059 |
| Dated: May 30, 2006 | Attorneys for Defendant |

cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-348 JJF |
| CITIBANK DELAWARE, | ) ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 30, 2006, I electronically filed the attached **NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Cynthia A. Locke, Esquire<br>Equal Employment Opportunity Commission<br>The Bourse<br>21 S. 5th Street, Suite 400<br>Philadelphia, PA  19106 | Douglas McCann, Esquire<br>Assistant United States Attorney<br>Chief, Civil Division<br>The Nemours Building<br>1007 North Orange Street, Suite 700<br>Wilmington, DE  19899-2046 |

/s/ David H. Williams
David H. Williams (#616)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

OF COUNSEL:

Judith E. Harris
Sarah E. Pontoski
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5028/5059

Dated:  May 30, 2006                Attorneys for Defendant
DHW/109990-0001/1249487/1