IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK DELAWARE<br><br>Defendant. | :<br>:<br>:<br>: CASE NO. 05-348<br>:<br>:<br>:<br>:<br>: |

### JOINT STIPULATION TO AMEND ANSWER TO AMENDED COMPLAINT

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 15(a), between counsel for the parties, that Defendant Citibank Delaware may amend its Answer to the Amended Complaint to reflect its position that MetLife is not its insurance carrier. Accordingly, Citibank Delaware today files an Amended Answer to the Amended Complaint and Separate Defenses with references to MetLife changed to reflect its position that MetLife is not Citibank Delaware's insurance carrier.

Cynthia Locke, Esquire
Senior Trial Attorney
Equal Employment Opportunity Commission
21 S. 5th St., Suite 400
The Bourse Building
Philadelphia, PA 19106
(215) 440-2683
cynthia.locke@eeoc.gov
*Attorney for Plaintiff*

Date: May 29, 2006

James D. McMahon III for David H. Williams
David H. Williams, Esquire (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Judith E. Harris, Esquire
Sarah E. Pontoski, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5028/5059

*Attorneys for Defendant*

Date: May 31, 2006