IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-348 JJF |
| CITIBANK DELAWARE | ) ) ) | |
| Defendant. | ) | |

## STIPULATION

_____Plaintiff, Equal Employment Opportunity Commission ("EEOC"), and Defendant Citibank Delaware, by and through their attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 16.5, stipulate that the deadlines in the Court's Rule 16 Scheduling Order be extended for thirty days. Specifically, the date for filing dispositive motions will be extended to August 14, 2006. In addition, the Pretrial Conference before Honorable Joseph J. Farnan, Jr., scheduled for October 5, 2006, will be conducted at least 30 days after October 5, 2006, on _____, 2006.

**For EEOC:**

*/s/ Cynthia A. Locke*
**Cynthia A. Locke**_____

**Trial Attorney**
**U.S. Equal Employment Opportunity Commission**
**21 S. 5th Street, Suite 400**
**Philadelphia, PA 19106**
**(215) 440-2683**

**For Defendant:**

**Judith E. Harris, Esquire**
**Sarah E. Pontoski, Esquire**
**MORGAN LEWIS & BOCKIUS, LLP**
**1701 Market Street**
**Philadelphia, PA 19103-2921**
**(215) 963-5019/5543**

*/s/David H. Williams*
**David H. Williams, Esquire**
**222 Delaware Avenue**

P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900


**APROVED AND SO ORDERED:**


_____**U.S.D.J.**


**Date:** _____