## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: 05-348 (JJF) |
| v. | ) ) ) | |
| **CITIBANK DELAWARE,** | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion to Compel filed by Plaintiff, U.S. Equal Employment Opportunity Commission, it is hereby ORDERED and DECREED as follows:

Defendant shall submit full, complete and verified answers to Interrogatory Nos. 4 through 7 and will provide a full and complete response to Request Nos. 19 and 20 within seven (7) days from the date of this Order.

It is further ORDERED and DECREED that failure to comply with this Order may result in the imposition of sanctions.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE