IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIBANK DELAWARE, )<br>)<br>Defendant. ) | CIVIL ACTION NO.: 05-348 (JJF) |

**STATEMENT PURSUANT TO RULE 7.1.1, LOCAL RULES OF CIVIL PRACTICE AND PROCEDURE FOR THE U.S. DISTRICT COURT, DISTRICT OF DELAWARE**

I, Cynthia Locke, Trial Attorney for the U.S. EEOC, hereby certify that, prior to filing EEOC's Motion to Compel Discovery Responses, made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the Motion.

　　　　　　　　　　　　　*/s/Cynthia A. Locke*
　　　　　　　　　　　　　Trial Attorney, U.S. EEOC
　　　　　　　　　　　　　Philadelphia District Office
　　　　　　　　　　　　　21. S. 5th Street. Suite 400
　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　215.440.2683 Telephone
　　　　　　　　　　　　　215.440.2848 Facsimile
　　　　　　　　　　　　　cynthia.locke@eeoc.gov