## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 05-348 (JJF) |
| v. | ) ) |
| CITIBANK DELAWARE, | ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I, Cynthia A. Locke, Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on the **17th day of July, 2006,** I electronically filed EEOC's Motion to Compel and supporting brief with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

| | |
|---|---|
| David H. Williams, Esquire | Of counsel: Judith E. Harris, Esquire |
| Morris, James, Hitchens & Williams, LLP | Sarah E. Pontoski, Esquire |
| 222 Delaware Avenue | Morgan, Lewis & Bockius, LLP |
| Wilmington, DE 19899 | 1701 Market Street |
| 302.888.6900 | Philadelphia, PA 19103 |
| dwilliams@morrisjames.com | 215.963.50028/5059 |

*/s/Cynthia A. Locke*
Trial Attorney, U.S. EEOC
Philadelphia District Office
21. S. 5th Street. Suite 400
Philadelphia, PA 19106
215.440.2683 Telephone
215.440.2848 Facsimile
cynthia.locke@eeoc.gov