## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : <br> : <br> : |
| **Plaintiff,** | :    **CASE NO. 05-348 JJF** <br> : |
| **v.** | : <br> : |
| **CITIBANK DELAWARE** | : <br> : |
| **Defendant.** | : |

### JOINT STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 6(b) and

Local Rule 16.5, between counsel for the parties, that the deadlines in the Court's Rule 16

Scheduling Order shall be extended until after the Court decides Plaintiff EEOC's Motion To

Compel Defendant Citibank Delaware's Discovery Responses. After the Court has decided the

Motion, and if ordered, documents have been produced, it shall set new deadlines for the

submission of dispositive motions and shall set a new date for the pre-trial conference.

/s/ Cynthia A. Locke

Cynthia A. Locke, Esquire
Senior Trial Attorney
Equal Employment Opportunity Commission
21 S. 5th St., Suite 400
The Bourse Building
Philadelphia, PA 19106
(215) 440-2683
cynthia.locke@eeoc.gov
*Attorney for Plaintiff*

Date: July 28, 2006

David H. Williams, Esquire (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Judith E. Harris, Esquire
Sarah E. Pontoski, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5028/5059
*Attorneys for Defendant*
Date: July 31, 2006

SO ORDERED:

_____
J.