# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

**David H. Williams**
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

July 31, 2006

**VIA E-FILING AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

RE: *Equal Employment Opportunity Commission v. Citibank Delaware*
*Civil Action No. 05-348-JJF*

Dear Judge Farnan:

We are local counsel for the Defendant in the above case. On July 17, 2006, the Plaintiffs electronically served a Motion to Compel, and Brief in support of the Motion. The docket in the Clerk's Office indicates our responsive papers are due on July 31, 2006. We believe our response is due on August 4, 2006. In computing the 10 days allowed for a response under the local rule, Federal Rule of Civil Procedure 6(a) dictates that intermediate Saturdays, Sundays and legal holidays shall be excluded in the computation. Rule 6(e) provides that, in the case of electronic service, 3 days are added to the prescribed period. Adding 3 days to the prescribed period results in a due date of August 4, 2006. We do intend to file responsive papers on or before August 4, 2006.

Thank you for your attention to this matter.

Sincerely,

David H. Williams

DHW/jam
cc:  Cynthia A. Locke, Esquire (via e-filing)
     Judith E. Harris, Esquire (via e-mail)
     Sarah Pontoski, Esquire (via e-mail)
     Clerk of the Court (via e-filing)

1435414/1