# Exhibits A through B

# Exhibit A

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT                     )
OPPORTUNITY COMMISSION,              )
                                     )
            Plaintiff,               )
                                     )   Civil Action
v.                                   )   No. 05-348 JJF
                                     )
CITIBANK DELAWARE,                   )
                                     )
            Defendant.               )


            Deposition of TERRY B. JENKINS taken
pursuant to notice at the law offices of Morris,
James, Hitchens & Williams LLP, 222 Delaware Avenue,
10th Floor, Wilmington, Delaware, beginning at 10:10
a.m., on Thursday, February 9, 2006, before Kurt A.
Fetzer, Registered Diplomate Reporter and Notary
Public.

APPEARANCES:

        CYNTHIA A. LOCKE, ESQ.
        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
          The Bourse
          21 South Fifth Street
          Philadelphia, Pennsylvania  19106-2515
          For the Plaintiff

        JUDITH E. HARRIS, ESQ.
        MORGAN LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, Pennsylvania  19103
          for the Defendant


                WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
                (302) 655-0477



**WILCOX & FETZER LTD.**
Registered Professional Reporters
ORIGINAL

Terry B. Jenkins                    44

1      A.    That position for a year.  And then they

2   transitioned us.  I was still a work flow, but they

3   transitioned us into the work flow for preprocessing.

4      Q.    Still in the department called proof

5   operations?

6      A.    Yes.

7      Q.    How long were you in the work flow

8   preprocessing position?

9      A.    Until 2001.  I mean 2000.  Wait a minute.  2000

10  to 2001.  Excuse me.

11     Q.    Take your time.

12     A.    I get these dates mixed up.

13     Q.    You can give me an estimate.

14     A.    Because I was in that position until -- because

15  I started over in global loans in 2001.  So somewhere

16  I'm missing a year, I think.  I'm getting something

17  mixed-up.

18           I think it was -- I put 2000.  It was 2000

19  and then -- I think it was within that 2000, the year

20  2000 they transitioned me into that and then like

21  2001, that's when I went to global loans.

22     Q.    When you were in work flow preprocessing was

23  Joe Hernandez still your supervisor?

24     A.    No.



**WILCOX & FETZER LTD.**
Registered Professional Reporters

Terry B. Jenkins                              106

1    absence and April 29, 2002 was the first time you were

2    hospitalized -- I'll try it another way.

3              Was the first time you were hospitalized

4    on April 29, 2002?

5      A.    Yes.

6      Q.    So is it correct to say between January 24th,

7    2002 and April 29, 2002 you were being treated by your

8    doctor on an outpatient basis?

9      A.    Yes.

10     Q.    You seem --

11     A.    I'm okay.

12     Q.    You're okay with that?

13     A.    Yeah, I am.  I am.

14     Q.    I just want to understand.

15     A.    I'm just want to make sure I understand it

16   correctly.

17     Q.    And I want you to understand it.

18     A.    Mm-hmm.

19     Q.    On April 29, 2002, that evening you went in for

20   the polyp surgery, that was done on April 30th, 2002,

21   right?

22     A.    Correct.

23     Q.    Were you released from the hospital at any time

24   after the polyp surgery?



WILCOX & FETZER LTD.
Registered Professional Reporters

Terry B. Jenkins                                    107

1    A.    Yes.

2    Q.    When?

3    A.    I can give you a roundabout time.  I think I

4    stayed in the hospital for a couple of days.  I think

5    like for the 30th, the 1st.  Yeah, I think I came out

6    on the 1st, May 1st or May 2nd.  I stayed in there I

7    know it was a couple of days.

8              So it might have been like the 30th I had

9    the procedure and then like he kept me an extra day,

10   so it was a couple of days.

11   Q.    Who was your doctor for the polyp removal?

12   A.    Dr. Mamberg, M-a-m-b-e-r-g.

13   Q.    Is he the same doctor that you had for the

14   hernia?

15   A.    No.

16   Q.    Did the need for the polyp removal have

17   anything to do with your sickle cell?

18   A.    Yes.

19   Q.    In what way?

20   A.    As far as the bleeding, the bleeding caused my

21   blood to be low.

22   Q.    Did the bleeding cause the polyp?

23   A.    No. The polyp just occurred itself, grew

24   itself.  But it caused me to bleed a lot, like I was

Terry B. Jenkins                    109

1    affected my sickle cell because of the bleeding.

2       Q.   I understand.  I understand.

3       A.   So can you -- okay.  I'm sorry.

4       Q.   What I just want to be clear on is whether or

5    not the fact that you have sickle cell caused the

6    polyp to grow.

7       A.   No.  No.  I was never told that.

8       Q.   You were in the hospital from April 29th, had

9    the procedure on April 30th, 2002 and then you think

10   you were in a couple more days?

11      A.   Yes.

12      Q.   And then you believe you were discharged from

13   the hospital.  Is that correct?

14      A.   Yes.

15      Q.   You were hospitalized again, were you not,

16   after that?

17      A.   Yes.

18      Q.   When?

19      A.   The evening of May 7th going into May 8th.

20      Q.   What caused your need for hospitalization on

21   May 7th-May 8th?

22      A.   I went into a bad sickle cell crisis.

23      Q.   A?

24      A.   A sickle cell crisis.



Terry B. Jenkins                                    110

1    Q.    There was a word you used before.

2           MS. LOCKE:   Bad.

3    A.    A bad sickle cell crisis.

4    Q.    Then how long were you hospitalized after May

5    7th-May 8th, 2002?

6    A.    To May 31.

7    Q.    2002?

8    A.    Yes.

9    Q.    Was any surgery performed during that

10   hospitalization?

11   A.    No.  I didn't have surgery during that time.  I

12   never had surgery, but I wasn't even able to go back

13   to get a follow-up on the prior, the polyp, because I

14   went -- I mean, I never went because I got sick.  I

15   mean, I went into that.  I didn't even realize how

16   sick I was when I went into that crisis.

17   Q.    Let me ask you this:  Where were you

18   hospitalized for the polyp removal, what hospital?

19   A.    Christiana Hospital.

20   Q.    What about for the sickle cell crisis?

21   A.    Christiana.

22   Q.    The May 7th-May 8th?

23   A.    Yes.

24   Q.    The same hospital?



Terry B. Jenkins                                    130

1    8th?

2       A.    Because I know it was right -- he didn't bring

3    it -- it was like maybe a week, it was like a week

4    after I got out of the hospital.

5       Q.    Could you tell me which page that reference is

6    on, which page in --

7       A.    83.

8       Q.    Page 83.   That's Bates number 83.

9             According to these notes, you got three

10   things, the letter asking you to return to work, which

11   is Jenkins 11?

12      A.    Yes.

13      Q.    And then the other one was the letter telling

14   you your job was terminated, which I believe is

15   Jenkins 12.   Is that correct?

16      A.    Yes.

17      Q.    And then you also got pay stubs, check stubs?

18      A.    Yes.

19      Q.    Were the check stubs for payments that you had

20   already received?

21      A.    Yes.

22      Q.    Did you have direct deposit?

23      A.    Yes.

24      Q.    So you had received the money and the stubs

Terry B. Jenkins                                        131

1  were just --

2    A.    I got them all at one time.  I never got them

3  at the time that I got my pay.  I got them all at

4  once.

5    Q.    At any time after you received Jenkins 12 did

6  you contact Citibank?

7    A.    No.

8    Q.    You never contacted Sara Zobel or your manager?

9    A.    No.  Because I thought, I thought it was final.

10  I was humiliated, I was hurt and I just thought when

11  they said terminated it's final.  So I never, I never

12  called her.  I never called her.

13    Q.    So I take it it never occurred to you to call

14  her?

15    A.    No.  No.  Because, you know, once I read the

16  letter and being sick and read the letter, I mean I

17  felt like, you know, it was over.  I mean, you know, I

18  was humiliated.  I just thought it was over and I just

19  didn't feel like I should have contact -- I didn't

20  know I could call to keep my job.

21    Q.    So it never occurred to you that you could call

22  them and say, "You guys have really made a mistake

23  here; I was in the hospital sick"?

24          MS. LOCKE:   Objection to form.

Terry B. Jenkins                                    132

1    Q.    You can answer.

2              MS. LOCKE:    You can answer.

3    A.    No.  Because when -- well, let me put it this

4    way.  Greg had stated, he informed, he stated -- he

5    tried to influence Sara of what was happening.  So,

6    therefore, I felt like, you know, when this occurred,

7    it was final.  That's all I can say, that I thought it

8    was final.

9              I didn't know I could call and say you

10   made a mistake, because he tried to inform them, to

11   let them know I was hospitalized.  And if he thought

12   that when I opened this that he could say well, this

13   is what Sara said, then I would have, most likely I

14   would have done that.  But I had nothing to go on but

15   this letter that I was terminated.

16   Q.    I'm not sure I understand part of your last

17   answer.

18             MS. HARRIS:    Could you read it back to me?

19             (The reporter read back the last answer.)

20   BY MS. HARRIS:

21   Q.    Did Greg tell you about his conversations with

22   Sara or anybody else at Citibank about you?  Did he

23   describe them for you is what I am asking you?

24             MS. LOCKE:    At what point in time are we

Terry B. Jenkins                                            133

1      talking about?

2                  MS. HARRIS:    At any time.

3          A.    He just stated that -- Greg, I know he talked

4      to her secretary.

5          Q.    And I take it you know that because he told you

6      that?

7          A.    Yes.

8          Q.    Okay.

9          A.    He had told me he talked to her secretary, but

10     this was -- I mean, this wasn't during the time that I

11     was hospitalized because I was too sick.  You know,

12     before I went into -- I mean, I was in my crisis, but

13     I said let Citibank know and I told him Sara Zobel,

14     because he knew the numbers, that I'm hospitalized.

15                  So once I did talk to him about it, once,

16     you know, this all came about, he informed me that he

17     talked to the secretary.  I don't know if he ever had

18     a chance to talk to Sara.

19         Q.    Were you having this conversation you just

20     described with Greg while you were in the hospital for

21     your crisis and that hospitalization that we have in

22     mind began on 5-7 or 5-8 and lasted through May 31,

23     2002?

24         A.    Did I have this conversation?



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

PERS... FILING CHARGE

Jenkins, Terry B

THIS PERSON (check one)

[X] CLAIMS TO BE AGGRIEVED

[ ] IS FILING ON BEHALF OF ANOTHER

Mr. Jim Duffy
Director Of Human Resources
Citibank
1 Court Square
Long Island City, NY 11120

DATE OF ALLEGED VIOLATION

Earliest          Most Recent

05/13/2002       05/13/2002

PLACE OF ALLEGED VIOLATION

New Castle, DE

CHARGE NUMBER

170A301239

## NOTICE OF CHARGE OF DISCRIMINATION
### (See EEOC "Rules and Regulations" before completing this Form)

You are hereby notified that a charge of employment discrimination has been filed against your organization under:

[X] TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

[ ] THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967

[X] THE AMERICANS WITH DISABILITIES ACT

[ ] THE EQUAL PAY ACT (29 U.S.C, SECT. 206(d)) investigation will be conducted concurrently with our investigation of this charge.

DEPOSITION EXHIBIT Jenkins 2-9-06 kb

The boxes checked below apply to your organization:

1. [X] No action is required on your part at this time.

2. [X] Please submit by 10/30/03 a statement of your position with respect to the allegation(s) contained in this charge, with copies of any supporting documentation. This material will be made a part of the file and will be considered at the time that we investigate this charge. Your prompt response to this request will make it easier to conduct and conclude our investigation of this charge.

3. [X] Please respond fully by 10/30/03 to the attached request for information which pertains to the allegations contained in this charge. Such information will be made a part of the file and will be considered by the Commission during the course of its investigation of the charge.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Philadelphia District Office
21 S. Fifth Street
Suite 400
Philadelphia, PA  19106-2515

George E. King, Enforcement Supv.
*(Commission Representative)*

(215) 440-2659
*(Telephone Number)*

[X] Enclosure: Copy of Charge

BASIS OF DISCRIMINATION

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NAT. ORIGIN  [ ] AGE  [X] DISABILITY  [ ] RETALIATION  [ ] OTHER

CIRCUMSTANCES OF ALLEGED VIOLATION

e enclosed Form 5, Charge of Discrimination.

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 05/06/2003 | Marie M. Tomasso Director | M. Tomasso |

# Exhibit B

Redacted
Pursuant to Administrative
Procedures Governing ECF

User: TM23232

**EMPLOYMENT HISTORY**

| | |
|---|---|
| **Employee Name / SSN** | JENKINS,TERRY B / |
| **Job Code / Job Title** | 000922 / SPECIALIST |
| **Org. Code / Company Code** | CB / 70 |
| **Department Code / Department Name** | 12357C / GL 5 |
| **Status / Status Effective Date** | TERMED / 05/13/2002 |

Date: 1/11/2006

▶ *Employee Search*

| Status Date | Comp Plan Code | Status | St. Code | Description | Org |
|---|---|---|---|---|---|
| 05/13/2002 | | TERMED | 55 | JOB ABANDONMENT | 070 |
| 01/24/2002 | | PAID LEAVE OF ABSENSE | 01 | PAID DISABILITY | 070 |
| 01/22/2002 | | ACTIVE | 20 | RETURN FROM LEAVE | 070 |
| 11/30/2001 | | PAID LEAVE OF ABSENSE | 01 | PAID DISABILITY | 070 |
| 07/24/2001 | | ACTIVE | | ACTIVE | 070 |

citigroup

HRWebLink Home

**CIB TECH**
**HR Sys Dev**
Terms, conditions, caveats, and small print
Copyright © 2006 Citigroup

CB00354