# Exhibits D through G

# Exhibit D

Diary Review - Report

Claim #: 590201098659     Name: TERRY JENKINS

Status: Ended

Jun 03, 2003
Page 1 of 16

| Clm #: | 590201098659 | Owner Id: | H249 | Report #: | 301124 | Plan: | 000 | Subpoint: | 0001 |
|--------|--------------|-----------|------|-----------|--------|-------|-----|-----------|------|
| SSN: | | Dt Last Wrk: | | Cov: | 8200 | Subcode: | 0001 | GM Plant: | |

Redacted
Pursuant to Administrative
Procedures Governing ECF

**[H202] - On 01/09/2002 16:13 - For 590201098659**
Call-Up For: [H249] - On 01/11/2002     Call-Up Complete: [H249] - On 01/10/2002

TAKEOVER RECIEVED 01092002

**[UY05] - On 01/10/2002 11:31 - For 590201098659**
Call-Up For: [H249] - On 01/11/2002     Call-Up Complete: [H249] - On 01/10/2002

CRC: TRANS TO CMS OFFICE PER EE'S REQUEST
DID NOT WANT CRC ASSISTANCE
TRANS TO CM PAULINE BIANCHI H249
11:30

**[M808] - On 01/10/2002 15:39 - For 590201098659**
Call-Up For: [H249] - On 01/11/2002     Call-Up Complete: [H249] - On 01/10/2002

CRC: RETURN TO WORK/Q12202
FULLTIME, POSSIBLE LIFTING RESTRICTIONS.
CALLER: EE

**[H255] - On 01/10/2002 16:45 - For 590201098659**
Call-Up For: [H249] - On 01/10/2002     Call-Up Complete: [H249] - On 01/11/2002

FAX: RTW CERT-DR MAMMEN

**[8CNN] - On 01/10/2002 23:07 - For 590201098659**
Call-Up For: [H249] - On 01/11/2002     Call-Up Complete: [H249] - On 01/11/2002

PAYROLL NOTIFICATION SENT D
SSN: 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    CLM: 590201098659    FEED DT: 01/10/2002    REC TYP: D
BN ST DT: 01/01/0001    BN EXP DT:    /  /        DSBL DT:    /  /
RTW:    /  /
RPT NM: 000301124    STAT:        END RSN:        OCP DSB:
PAY IND 1:    0.00    AUTH FR 1:    /  /       AUTH TO 1:    /  /
PAY IND 2:    0.00    AUTH FR 2:    /  /       AUTH TO 2:    /  /
STSD AMT 1:        .00 MD1:    FR1:  /  /      TO1:  /  /
STSD AMT 2:        .00 MD2:    FR2:  /  /      TO2:  /  /
  WC AMT 1:        .00 MD1:    FR1:  /  /      TO1:  /  /
  WC AMT 2:        .00 MD2:    FR2:  /  /      TO2:  /  /

**[8CNN] - On 01/10/2002 23:07 - For 590201098659**
Call-Up For: [H249] - On 01/11/2002     Call-Up Complete: [H249] - On 01/11/2002

PAYROLL NOTIFICATION SENT A
SSN: 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    CLM: 590201098659    FEED DT: 01/11/2002    REC TYP: A
BN ST DT: 12/10/2001    BN EXP DT: 01/14/2002    DSBL DT: 12/03/2001
RTW:    /  /
RPT NM: 000301124    STAT: 02    END RSN: 13    OCP DSB: N
PAY IND 1: 66.00    AUTH FR 1:12/10/2001    AUTH TO 1:01/14/2002
PAY IND 2:    0.00    AUTH FR 2:    /  /       AUTH TO 2:    /  /
STSD AMT 1:        .00 MD1:    FR1:  /  /      TO1:  /  /
STSD AMT 2:        .00 MD2:    FR2:  /  /      TO2:  /  /
  WC AMT 1:        .00 MD1:    FR1:  /  /      TO1:  /  /
  WC AMT 2:        .00 MD2:    FR2:  /  /      TO2:  /  /

**ML0046**

**Diary Review - Report**

Claim #: 590201098659    Name: TERRY JENKINS

Status: Ended

Jun 03, 2003

Page 15 of 16

[H249] - On 04/16/2002 09:45 - For 590201098659

| OUTGOING CORRESPONDENCE APPEAL ACKNOWLEDGEMENT LETTER SENT TO EE |
| APPEALS SPECIALIST HAS 45 DAYS TO REVIEW |

[H249] - On 04/16/2002 09:46 - For 590201098659

Call-Up For: [H249] - On 05/06/2002    Call-Up Complete: [H249] - On 04/29/2002

| ACTION PLAN REVIEW APPEALS UPDATE |

[H225] - On 04/17/2002 10:20 - For 590201098659

Call-Up For: [H225] - On 04/24/2002    Call-Up Complete: [H225] - On 04/22/2002

| APPEAL NOTE-REFER FOR IPC REVIEW |

[H225] - On 04/17/2002 10:21 - For 590201098659

Call-Up For: [H225] - On 05/15/2002    Call-Up Complete: [H225] - On 04/26/2002

| APPEAL NOTE-APPEAL DEADLINE 5/29/02 |

[H225] - On 04/22/2002 10:56 - For 590201098659

| APPEAL REFERRAL TO DR. RODGERS FOR IPC REVIEW. |

[H225] - On 04/22/2002 10:57 - For 590201098659

Call-Up For: [H225] - On 04/30/2002    Call-Up Complete: [H225] - On 04/26/2002

| APPEAL FOLLOWUP-STATUS OF IPC REVIEW |

[H225] - On 04/25/2002 08:20 - For 590201098659

| APPEAL REVIEW UPDATE-PER PHONE MSG FROM IPC, DR. RODGERS, REVIEW |
| DONE. REPORT TO FOLLOW. |

[C151] - On 04/26/2002 09:16 - For 590201098659

Call-Up For: [H225] - On 04/26/2002    Call-Up Complete: [H225] - On 04/26/2002

| PRELIMINARY IPC REPORT TO CMS |

[H225] - On 04/26/2002 12:13 - For 590201098659

| APPEAL DETERMINATION BY APPEAL UNIT-TERMINATION UPHELD. PER IPC |
| REVIEW, NO MEDICAL FINDINGS TO SUPPORT DIAGNOSES OR LIMITATIONS. |
| LETTER MAILED TO CLAIMANT. NOTIFICATION SENT TO ER. FILE RETURNED TO |
| CM. |

[H249] - On 04/29/2002 11:42 - For 590201098659

| CASE MANAGEMENT NOTES FILE CLOSED TO BOX 214 |

[C151] - On 05/02/2002 07:19 - For 590201098659

Call-Up For: [H249] - On 05/02/2002    Call-Up Complete: [H249] - On 05/07/2002

| FINAL IPC REPORT TO CMS |

[UZ21] - On 05/02/2002 16:51 - For 590201098659

Call-Up For: [H249] - On 05/02/2002    Call-Up Complete: [H249] - On 05/07/2002

| CRC: **ER NEEDS FINAL DETERMINATION LETTER SENT TO HER** |
| ER SARA ZOBEL (HR GENERALIST) |

ML0060

**Diary Review - Report**

Claim #: 590201098659    Name: TERRY JENKINS

Status:  Ended

Jun 03, 2003
Page 16 of 16

[UZ21] - On 05/02/2002 16:51 - For 590201098659

Call-Up For:  [H249] - On 05/02/2002    Call-Up Complete: [H249] - On 05/07/2002

FAX:  212-615-9379

[UY08] - On 05/06/2002 15:05 - For 590201098659

CRC: TRANSFER TO CM
SARAH (HR) CALLED FOR CM ONLY, NEEDS LETTER REGARDING DENIAL SENT TO
HER. WANTED TO SPEAK TO CM 3:06P TRANSFFERRED TO CM H249

[H249] - On 05/07/2002 09:46 - For 590201098659

VOICE MAIL RECEIVED FROM SARA SOBAL.  REQUESED A COPY OF THE FINAL
DENIAL LETTER SENT TO EE ON 042502.  CANNOT SENT HER A COPY OF THE
ORIGINAL BECAUSE IT CONTAINS DETAILED MEDICAL.  SENT A COPY OF THE
DENIAL NOTIFICATION FOR CITIGROUP MGRS.

[H225] - On 05/07/2002 11:04 - For 590201098659

APPEAL NOTE SENT LTR TO CLMT CORRECTING STD PAY THROUGH DATE FROM
1/21/02 TO 2/28/02.

[H249] - On 05/30/2003 08:28 - For 590201098659

URGENT MAIL FROM US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

[H249] - On 05/30/2003 08:31 - For 590201098659

CASE MANAGEMENT NOTES REQUESTED CLOSED FILE FROM TA H217.  BOX 214

[H249] - On 05/30/2003 10:04 - For 590201098659

E-MAIL SENT TO LOUISE SULLIVAN TO REQUEST FAX NUMBER AND TO INFORM
HER OF LEGAL NOTICE.

112 Diaries Found

ML0061

# Exhibit E

**Zobel, Sara [HR]**

| | |
|---|---|
| **From:** | Wimbush, Adrienne [HR] |
| **Sent:** | Friday, May 10, 2002 9:33 AM |
| **To:** | Zobel, Sara [HR] |
| **Subject:** | Jenkins package delivered 5/9, at 2:24 p.m.  signed for by J Scrudd |

Adrienne Wimbush
Human Resources
333w.34th st. 1st. fl.
N Y, NY 10001
tel. 212-615-9378
fax. 212-615-9379

CB00700

# Exhibit F

**Zobel, Sara [HR]**

| | |
|---|---|
| **From:** | Wimbush, Adrienne [HR] |
| **Sent:** | Thursday, May 16, 2002 5:30 PM |
| **To:** | Zobel, Sara [HR] |
| **Subject:** | Terry Jenkins's package delivered 11:44 am signed for by G. Scudder |

Adrienne Wimbush
Human Resources
333w.34th st. 1st. fl.
N Y, NY 10001
tel. 212-615-9378
fax. 212-615-9379

CB00703

# Exhibit G

**6/23/2006  Scudder, John Gregory**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY      )

COMMISSION,                       )

                                  )

          Plaintiff;              ) Civil Action

                                  ) No. 05-348 JJF

v.                                )

                                  )

CITIBANK DELAWARE,                )

                                  )

          Defendant.              )

          Deposition of JOHN GREGORY SCUDDER taken
pursuant to notice at the Law Offices of Morris James
Hitchens & Williams, LLP, 222 Delaware Avenue,
Wilmington, Delaware, beginning at 10:00 a.m. on
Friday, June 23, 2006, before Ann M. Calligan,
Registered Merit Reporter and Notary Public.

APPEARANCES:

          CYNTHIA LOCKE, Esquire

          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

          PHILADELPHIA DISTRICT OFFICE

            21 South 5th Street - Suite 400

            Philadelphia, Pennsylvania  19106

            on behalf of the Plaintiff;

          JUDITH E. HARRIS, Esquire

          MORGAN LEWIS & BOCKIUS, LLP

            1701 Market Street

            Philadelphia, Pennsylvania  19106-2921

            on behalf of the Defendant.

                WILCOX & FETZER

     1330 King Street - Wilmington, Delaware 19801

                (302) 655-0477

                www.wilfet.com

1

**6/23/2006  Scudder, John Gregory**

1    Ms. Jenkins about contacting Sara Zobel while

2    Ms. Jenkins was in the hospital.  Focus on that.

3       A.    Yeah.

4       Q.    Did you make any attempt to contact Ms. Zobel?

5       A.    Yes.

6       Q.    What did you do?

7       A.    I called the office, New York office, to

8    contact Ms. Zobel, to let her know basically on behalf

9    of Terry, to let her know that Terry was in the

10   hospital and wouldn't be able to -- to let her know

11   she was in the hospital.  I mean, I don't know whether

12   there was a follow up that needed to be done, what

13   have you, but I was calling on behalf of Terry to let

14   Ms. Zobel know that she was in the hospital and she

15   had been hospitalized.

16      Q.    How did you know what number to call?

17      A.    Terry -- actually, it was on a piece of paper

18   at home, and she told me where it was.  And I got the

19   number and I called.

20      Q.    Did you speak with anyone when you made the

21   call?

22      A.    I spoke to the receptionist.  I remember

23   speaking to the receptionist because she put me on

24   hold and she came back and told me that Ms. Zobel

1    wasn't available, what have you.  So I left a message

2    to please have her give me a call.  This is in regards

3    to Terry Jenkins.  And I can't remember what else I

4    would have said, but typically what I would -- know I

5    would have done.

6       Q.   When you say you left a message, did you give

7    the message to the receptionist?

8       A.   Yes.  Not a voice mail.  I gave it to the

9    receptionist.

10       Q.   Did you tell the receptionist anything other

11    than have her -- what did you tell the receptionist to

12    tell Sara Zobel?

13       A.   To please return my call.

14       Q.   Did you leave your number?

15       A.   Yes.

16       Q.   What number did you leave?

17       A.   I left -- I believe I left both the home number

18    and possibly my cell phone number at the time.

19       Q.   Let's go over that.  You think you left the

20    home number?

21       A.   That would have been the first number I would

22    have left would have been the home number.

23       Q.   Do you know for sure that you left that?

24       A.   I know I left a number because I wanted her to

**6/23/2006  Scudder, John Gregory**

```
1    call me back.

2       Q.   I'm sorry.  You know you left a number?

3       A.   I know I left my home number and possibly my

4    cell phone number.

5       Q.   But you're not sure about the cell phone

6    number?

7       A.   I'm not sure about the cell.  I can't remember

8    if I left my cell phone.

9       Q.   What was your home number?

10      A.   (302) 328-6228.

11      Q.   What was your cell phone number?

12      A.   I think it's still my current number, which is

13   (302) 494-0194, but I'm not for certain.  I've it had

14   for a while, but I'm not sure if I had it then, you

15   know, what carrier I was with at the time.

16      Q.   I just want to make sure I understand what you

17   told the receptionist.  You called the receptionist?

18      A.   Yes.

19      Q.   Correct?  I'm sorry.  You called the number

20   that you had and you got the receptionist on the

21   phone, is that correct?

22      A.   Correct.

23      Q.   Did you ask for Sara Zobel?

24      A.   Yes, I did.
```

**6/23/2006  Scudder, John Gregory**

1      Q.   And I believe you said the receptionist put you

2    on hold?

3      A.   Yes.

4      Q.   And then she came back on the line, is that

5    correct?

6      A.   That's correct.

7      Q.   And at that point, I believe you testified

8    that, at that point, she told you Ms. Zobel wasn't

9    available?

10     A.   That's correct.

11     Q.   And you left the receptionist the message to

12   call the number, your home number and perhaps your

13   cell number?

14     A.   Yes.  I was very clear to let her know that I

15   was calling on behalf of Terry because she didn't know

16   my name, Scudder, and how that -- you know, I wanted

17   to make sure the connection was made.

18     Q.   Just let me make sure.  Did you tell her that

19   you were calling on behalf of Terry Jenkins?  Is that

20   correct?

21     A.   Yes.

22     Q.   Is that all you said about Terry Jenkins?

23     A.   And as I didn't want to leave that kind of

24   message with the receptionist, I needed Ms. Zobel to

1   get -- to call me back so I could give her more

2   details.

3     Q.   So I take it you didn't tell the receptionist

4   that Terry Jenkins was in the hospital?

5     A.   No.  Not that I -- not --

6     Q.   You considered that to be private information?

7     A.   Not that I recall.  I don't recall that.

8     Q.   After that call that you just testified to, did

9   you make any other attempt to contact Ms. Zobel?

10    A.   I can't remember.  I think I did because I

11  didn't get a call back, and I checked the voice mails

12  and she wasn't on line at all.

13    Q.   When you say you checked voice mails, you have

14  voice mail?

15    A.   At home, yes.

16    Q.   Do you have voice mail on your cell?

17    A.   Oh, without a doubt.

18    Q.   Do you remember where you were when you called

19  Sara Zobel?

20    A.   In my kitchen in my residence.

21    Q.   Do you remember what time of day it was?

22    A.   No.

23    Q.   Did you make the call on your home line --

24    A.   Yes.

**6/23/2006  Scudder, John Gregory**

1    Q.   -- as opposed to your cell phone?

2    A.   Yes.

3    Q.   And so you made the call from (302) 328-6228,

4    is that correct?

5    A.   I'm not sure.  It was business hours.  It was

6    daytime.  It was daytime on a weekday.

7    Q.   When I asked you if you called Ms. Zobel again,

8    if you made an attempt to contact her again, you said

9    you think you did because you didn't get a message

10   back; you didn't get a call back from her, am I

11   correct?

12   A.   That's correct.

13   Q.   Did you ever actually speak with Ms. Zobel?

14   A.   No.

15   Q.   Do you recall speaking to anyone else at

16   Citibank after your first call in which you spoke to

17   the receptionist?

18   A.   No.

19   Q.   Did you get the name of the receptionist?

20   A.   I don't think I did, no.  No.  I would have

21   written it down if I did.

22   Q.   I want you to focus on what occurred in any

23   subsequent call to attempt to contact Ms. Zobel.  Did

24   you speak with anyone?

1    A.   For some reason, I seem to recall calling back

2    and getting the same person again.  But I'm not for

3    certain.  I just -- I just feel -- just recall doing

4    that, but you know, also during the time that week,

5    that's when I was at the hospital quite a bit.  And

6    Terry was just getting progressively worse.  So my

7    getting home during those time frames, you know, I

8    can't really recall.  I mean, everything was kind of a

9    blur as things were happening.  So I can't say I'm 100

10    percent certain that I spoke to someone else.  I mean,

11    I can't remember that far back.  I just can't remember

12    that.

13    Q.   So you have no recollection -- you think you

14    made a call?

15    A.   I think I did.  I think I did, but I can't say

16    for certain that -- that I'm definite, you know, I

17    definitely made a call, and I can't say that for

18    certain.  But I think I -- for some reason, I remember

19    doing it.

20    Q.   And as you sit here, you can't remember any

21    conversation that you had during the second call?

22    A.   What I -- what I can recall, in making --

23    getting the same result basically is I didn't get a

24    chance to talk to Ms. Zobel and left another message,

**6/23/2006  Scudder, John Gregory**

```
1    that that's -- that's when I think -- to think of that
2    time frame, that's what comes to mind.  But I can't
3    say that, on that Wednesday, I made that call, or that
4    Thursday I made that call.  I can't think of -- I
5    can't remember that, you know, but I just seem to
6    remember doing it, like following up because I had
7    gotten -- like I said, there was no voice mail.  There
8    was no follow-up, and that would have been something I
9    would have done on my own, you know, just to check to
10   see if she called, and checking, just checking the
11   voice mails for the house, you know, for people
12   calling me, trying to find out -- you know, just phone
13   calls.  And then people being concerned about Terry.
14       Q.   Do you have any recollection of making any
15   other attempts to contact Ms. Zobel?
16       A.   I don't.
17       Q.   Does that mean that you can't recall whether
18   you did or did not try to call, contact her?
19       A.   Are you talking about after the second?
20       Q.   After the second.
21       A.   That's correct.  I didn't.
22       Q.   You didn't make any additional --
23       A.   Make any additional calls to Citibank.
24       Q.   After the second one?
```

**6/23/2006  Scudder, John Gregory**

1      A.    That's correct.

2      Q.    Did you try to communicate with Citibank in any

3      other way, either by letter or by e-mail?

4      A.    Did I?

5      Q.    Yes, sir.

6      A.    No.

7      Q.    So you made no other attempt after the second

8      call to communicate with Ms. Zobel?

9      A.    That's correct.

10     Q.    Do you know when Ms. Jenkins actually left the

11     hospital from her May hospitalization, May 2002

12     hospitalization?

13     A.    She left at the -- the time frame would have

14     been the end of May, first of June.  I can't remember

15     if it was before Memorial Day or after.

16     Q.    Where did she go when she was discharged?

17     A.    She went to her parents' home.

18     Q.    Where is that?

19     A.    506 Barrett Street.

20     Q.    Barrett?

21     A.    Barrett, B-a-r-r-e-t-t.

22     Q.    Where is that?

23     A.    Wilmington, Delaware.

24     Q.    And how long did she remain there?