# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

James H. McMackin, III
(302) 888-5849
jmcmackin@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

August 11, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

RE:   *Equal Employment Opportunity Commission v. Citibank Delaware*
      *Civil Action No. 05-348-JJF*

Dear Judge Farnan:

Attached is a stipulation to extend deadlines for filing dispositive motions in the above-referenced matter. The deadline for filing dispositive motions is Monday, August 14, 2006. It is my understanding the parties are engaged in settlement discussions. As such, the parties wish not to use resources briefing while the negotiations are ongoing.

I apologize for transmitting the stipulation for Your Honor's consideration in such an urgent fashion, but I do so only because of the immediacy of the dispositive motion deadline.

Respectfully submitted.

*/s/ James H. McMackin*
James H. McMackin, III (#4284)

JHM/jam
Enclosure
cc:   Sarah Pontoski, Esquire (via e-mail)
      Cynthia A. Locke, Esquire (via e-filing)
      Clerk of the Court (via e-filing)