IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK DELAWARE<br><br>Defendant. | :<br>:<br>:<br>:  CASE NO. 05-348 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

### JOINT STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER

WHEREAS, on July 28, 2006, the parties stipulated (the "First Stipulation") to extend the deadlines in the Scheduling Order until such time as the Court decides Plaintiff EEOC's Motion to Compel Defendant Citibank Delaware's Discovery Responses. The Court has not yet approved the First Stipulation.

WHEREAS, the parties are in the process of attempting to negotiate a settlement of this matter.

WHEREAS, at Defendant's initiation, the parties respectfully request the Court grant an extension of deadlines so resources will not be used briefing a summary judgment motion while settlement negotiations are ongoing.

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 16.5, between counsel for the parties, separate and apart from the First Stipulation, that the deadline for dispositive motions shall be extended until August 28, 2006.

Respectfully submitted and agreed to by counsel for the parties:

| | |
|---|---|
| /s/ Cynthia A. Locke | [signature] |
| Cynthia A. Locke, Esquire | David H. Williams (#616) |
| Senior Trial Attorney | dwilliams@morrisjames.com |
| Equal Employment Opportunity | James H. McMackin, III (#4284) |
| Commission | jmcmackin@morrisjames.com |
| 21 S. 5th St., Suite 400 | Morris, James, Hitchens & Williams LLP |
| The Bourse Building | 222 Delaware Avenue |
| Philadelphia, PA 19106 | P.O. Box 2306 |
| (215) 440-2683 | Wilmington, DE 19899 |
| cynthia.locke@eeoc.gov. | (302) 888-6900/5849 |
| *Attorney for Plaintiff* | |
| | Judith E. Harris, Esquire |
| | Sarah E. Pontoski, Esquire |
| | Morgan, Lewis & Bockius LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103 |
| | (215) 963-5028/5059 |
| Dated: August 11, 2006 | *Attorneys for Defendant* |
| | Dated: August 11, 2006 |

SO ORDERED:

_____
Judge Joseph J. Farnan, Jr.

JYM/109990-0001/1441869/1
1-PH/2475298.1
1441969/1